FILED
OCT 21 2013
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:12-CR-472-JAD-(CWH) |
| ANTHONY HOROVITZ, ) | |
| Defendant. ) | |

### ORDER OF FORFEITURE

This Court found on January 8, 2013, that ANTHONY HOROVITZ shall pay a criminal forfeiture money judgment of $20,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(c) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2); and Title 21, United States Code, Section 853(p). Criminal Information, ECF No. 5; Plea Memorandum, ECF No. 7; Change of Plea Minutes, ECF No. 9; Order of Forfeiture, ECF No. 10.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from ANTHONY HOROVITZ a criminal forfeiture money judgment in the amount of $20,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(c) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2); and Title 21, United States Code, Section 853(p).

DATED this 21 day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE