GENTILE CRISTALLI
MILLER ARMENI SAVARESE
PAOLA M. ARMENI
Nevada Bar No. 8357
E-mail: parmeni@gcmaslaw.com
410 South Rampart Blvd., Suite 420
Las Vegas, Nevada 89145
Tel: (702) 880-0000
Fax: (702) 778-9709
*Attorney for Anthony Horovitz,*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ANTHONY HOROVITZ <br><br> Defendant. | CASE NO. 2:12-cr-00472-JAD-CWH |

**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE REGARDING SUPERVISED RELEASE CONDITIONS**

**IT IS HEREBY STIPULATED** by and between, Steven W. Myhre, Acting United States Attorney, and Daniel Schiess, Assistant United States Attorney, attorneys for Plaintiff, United States of America, and Paola M. Armeni, Esq., of the law firm of Gentile Cristalli Miller Armeni Savarese, attorney for Defendant, Anthony Horovitz ("Horovitz"), that the Status Conference regarding Mr. Horovitz's supervised release conditions in the above-captioned matter, currently scheduled for September 29, 2017, at the hour of 9:30 a.m. be vacated and continued to October 20, 2017, or to a date and time convenient to the Court.

This Stipulation is made and based upon the following:

1. Ms. Armeni is preparing for a murder trial, in the matter of *The State of Nevada v. Raad Sunna,* Case No.: C-17-322417-1, and said trial is set to commence on October 2, 2017 and last approximately two (2) weeks;

2. Due to her trial, Ms. Armeni needs additional time to meet and speak to her client to prepare for the status hearing.

3. Mr. Schiess is preparing for trial, in the matter of *United States of America v. Bundy, et*

*al.* Case No.: 2:16-cr-00046-GMN-PAL, and said trial is set to commence on October 10, 2017;

    4. Mr. Horovitz is not in custody;

    5. Ms. Armeni has spoken with Mr. Schiess regarding the continuance and he has no objection; and

    6. This is the first request for a continuance of the Status Conference.

| | |
|---|---|
| STEVEN W. MYHRE<br>ACTING UNITED STATES ATTORNEY<br>DISTRICT OF NEVADA | GENTILE CRISTALLI<br>MILLER ARMENI SAVARESE |
| DATED this 26th day of September, 2017. | DATED this 26th day of September, 2017. |
| /s/Daniel Schiess<br>DANIEL SCHIESS<br>Assistant United States Attorney<br>Attorneys for Plaintiff,<br>UNITED STATES OF AMERICA | /s/Paola M. Armeni<br>PAOLA M. ARMENI<br>Attorney for Defendant,<br>ANTHONY HOROVITZ |

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, NV 89145
(702) 880-0000

2 of 3

GENTILE CRISTALLI
MILLER ARMENI SAVARESE
PAOLA M. ARMENI
Nevada Bar No. 8357
E-mail: parmeni@gcmaslaw.com
410 South Rampart Blvd., Suite 420
Las Vegas, Nevada 89145
Tel: (702) 880-0000
Fax: (702) 778-9709
*Attorney for Anthony Horovitz,*

**UNITED STATED DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-cr-00472-JAD-CWH |
| Plaintiff, | |
| vs. | |
| ANTHONY HOROVITZ | |
| Defendant. | |

**<u>ORDER TO CONTINUE STATUS CONFERENCE REGARDING SUPERVISED RELEASE CONDITIONS</u>**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Status Conference in this matter scheduled for September 29, 2017, at 9:30 a.m., is hereby vacated and continued to October 20, 2017, at the hour of 2:00 p.m. in Courtroom **6D**.

DATED this 26th day of September, 2017.

_____
**JENNIFER A. DORSEY**
United States District Court Judge