| | |
|---|---|
| 1 | CLARK HILL PLLC |
| 2 | PAOLA M. ARMENI<br>Nevada Bar No. 8357 |
| 3 | Email: parmeni@clarkhill.com<br>GIA N. MARINA |
| 4 | Nevada Bar No. 15276<br>Email: gmarina@clarkhill.com |
| 5 | 3800 Howard Hughes Parkway, Suite 500<br>Las Vegas, Nevada 89169 |
| 6 | Tel: (702) 862-8300<br>Fax: (702) 778-9709 |
| 7 | Attorneys for Defendant, Anthony Horovitz |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:12-cr-00472-JAD-CWH |
| Plaintiff, | |
| vs. | |
| ANTHONY HOROVITZ, | |
| Defendant. | |

**STIPULATION AND ORDER TO EXTEND DEADLINE DATE TO RESPOND TO GOVERNMENT'S MOTION FOR INSTALLMENT PAYMENT ORDER [48] FOURTH REQUEST**

**IT IS HEREBY STIPULATED** by and between Anthony Horovitz, Defendant, by and through his counsel, Paola M. Armeni, Esq., and Gia N. Marina, Esq., of the law firm of Clark Hill, PLLC, and the Plaintiff, United States of America, by and through Jason Frierson, United States Attorney, and Summer A. Johnson, Assistant United States Attorney, to extend the time for the Defendant to respond to Government's Motion for Installment Payment Order [DKT 48], filed on July 7, 2022.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that the deadline for filing any response be extended up to and including September 14, 2022.

This Stipulation is entered into for the following reasons:

1. The Response deadline date is August 24, 2022 [DKT 54].

2. The law firm of Clark Hill PLLC was retained on July 14, 2022.

3. Defense Counsel is in constant communication with the Government working toward an effective resolution for all parties.

4. For these reasons, the parties agree that the Response to the Motion for Installment Payment Order will be filed on September 14, 2022.

5. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.

6. For all of the above-stated reasons, the ends of justice would be best served by the continuance of the Response to Motion for Installment Payment Order.

7. This is a Fourth Request for a continuance of the response to the Motion for Installment Payment Order.

| | |
|---|---|
| JASON FRIERSON<br>UNITED STATES ATTORNEY<br>DISTRICT OF NEVADA | CLARK HILL PLLC |
| DATED this 23rd day of August, 2022. | DATED this 22nd day of August, 2022. |
| /s/ Summer A. Johnson<br>SUMMER A. JOHNSON<br>Assistant United States Attorney<br>Attorneys for Plaintiff,<br>UNITED STATES OF AMERICA | /s/ Gia N. Marina<br>PAOLA M. ARMENI<br>GIA N. MARINA<br>Attorney for Defendant,<br>ANTHONY HOROVITZ |

| 1 | **UNITED STATES DISTRICT COURT** |
|---|---|
| 2 | **DISTRICT OF NEVADA** |

| | | |
|---|---|---|
| 3 | UNITED STATES OF AMERICA, | CASE NO.: 2:12-cr-00472-JAD-CWH |
| 4 | Plaintiff, | |
| 5 | | |
| 6 | vs. | |
| 7 | ANTHONY HOROVITZ, | |
| 8 | Defendant. | |

## FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

## CONCLUSIONS OF LAW

Based on the fact that counsel has agreed to a continuance, the Court hereby concludes that:

1. The Response deadline date is August 24, 2022 [DKT 54].
2. The law firm of Clark Hill PLLC was retained on July 14, 2022.
3. Defense Counsel is in constant communication with the Government working toward an effective resolution for all parties.
4. For these reasons, the parties agree that the Response to the Motion for Installment Payment Order will be filed on September 14, 2022.
5. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.
6. For all of the above-stated reasons, the ends of justice would be best served by the continuance of the Response to Motion for Installment Payment Order.
7. This is a Fourth Request for a continuance of the response to the Motion for Installment Payment Order.
8. The additional time requested herein is not sought for purposes or delay and the denial of the denial of this request for a continuance could result in a miscarriage of justice.

9. For all of the above-stated reasons, the ends of justice would be best served by the continuance of the Response to Motion for Installment Payment Order.

10. This is a Fourth Request for a continuance of the response to the Motion for Installment Payment Order.

11. The ends of justice are served by granting said continuances and outweigh the best interest of the public and since the failure to grant said continuances would be likely to result in a miscarriage of justice, as it would deny the parties herein sufficient time, and the opportunity, within which to effectively and thoroughly prepare and file responses, and replies, and taking into account the exercise of due diligence.

## **ORDER**

**IT IS FURTHER ORDERED** that the deadlines for filing of responsive pleading, is hereby due on or before the 14th day of September, 2022.

**IT IS FURTHER ORDERED** that the deadlines for filing a reply is hereby due on or before the 21st day of September, 2022.

**DATED** this 25th day of August 2022.

_____
**UNITED STATES DISTRICT COURT JUDGE**
**CASE NO.: 2:12-cr-00472-JAD-CWH**