CLARK HILL PLLC
PAOLA M. ARMENI
Nevada Bar No. 8357
Email: parmeni@clarkhill.com
GIA N. MARINA
Nevada Bar No. 15276
Email: gmarina@clarkhill.com
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Tel: (702) 862-8300
Fax: (702) 778-9709
Attorneys for Defendant, Anthony Horovitz

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:12-cr-00472-JAD-CWH |
| Plaintiff, | |
| vs. | |
| ANTHONY HOROVITZ, | |
| Defendant. | |

**STIPULATION AND ORDER TO EXTEND DEADLINE DATE TO RESPOND TO GOVERNMENT'S MOTION FOR INSTALLMENT PAYMENT ORDER [48] SEVENTH REQUEST**

**IT IS HEREBY STIPULATED** by and between Anthony Horovitz, Defendant, by and through his counsel, Paola M. Armeni, Esq., and Gia N. Marina, Esq., of the law firm of Clark Hill, PLLC, and the Plaintiff, United States of America, by and through Jason Frierson, United States Attorney, and Summer A. Johnson, Assistant United States Attorney, to extend the time for the Defendant to respond to Government's Motion for Installment Payment Order [DKT 48], filed on July 7, 2022.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that the deadline for filing any response be extended up to and including November 28, 2022.

This Stipulation is entered into for the following reasons:

1. The Response deadline date is October 28, 2022 [DKT 60].

2. Defense Counsel is in constant communication with the Government working toward an effective resolution for all parties.

3. Defense Counsel prepared a comprehensive proposal to resolve this matter to the satisfaction of all parties. The proposal was sent to Government's counsel on or about September 22, 2022.

4. On or about September 26, 2022, Government's counsel indicated she was in the process of preparing a response to the defense's proposal and we may need more time to work out the particulars of negotiations.

5. On or about October 18, 2022, Government's counsel delivered its response to Defendant Horovitz's proposal. Defense counsel is currently communicating with their client regarding the Government's response.

6. This Stipulation is necessary in order to allow defense counsel and Government's counsel to negotiate particulars regarding the repayment of restitution.

7. For these reasons, the parties agree that the Response to the Motion for Installment Payment Order will be filed on November 28, 2022.

8. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.

9. For all of the above-stated reasons, the ends of justice would be best served by the continuance of the Response to Motion for Installment Payment Order.

10. This is a Seventh Request for a continuance of the response to the Motion for Installment Payment Order.

| | |
|---|---|
| JASON FRIERSON<br>UNITED STATES ATTORNEY<br>DISTRICT OF NEVADA | CLARK HILL PLLC |
| DATED this 24th day of October, 2022. | DATED this 24th day of October, 2022. |
| /s/ Summer A. Johnson<br>SUMMER A. JOHNSON<br>Assistant United States Attorney<br>Attorneys for Plaintiff,<br>UNITED STATES OF AMERICA | /s/ Gia N. Marina<br>PAOLA M. ARMENI<br>GIA N. MARINA<br>Attorneys for Defendant,<br>ANTHONY HOROVITZ |

CLARKHILL\L3753\448690\268984273.v2-10/24/22

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY HOROVITZ,<br><br>Defendant. | CASE NO.: 2:12-cr-00472-JAD-CWH |

## FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

## CONCLUSIONS OF LAW

Based on the fact that counsel has agreed to a continuance, the Court hereby concludes that:

1. The Response deadline date is October 28, 2022 [DKT 60].
2. Defense Counsel is in constant communication with the Government working toward an effective resolution for all parties.
3. Defense Counsel prepared a comprehensive proposal to resolve this matter to the satisfaction of all parties. The proposal was sent to Government's counsel on or about September 22, 2022.
4. On or about September 26, 2022, Government's counsel indicated she was in the process of preparing a response to the defense's proposal and we may need more time to work out the particulars of negotiations.
5. On or about October 18, 2022, Government's counsel delivered its response to Defendant Horovitz's proposal. Defense counsel is currently communicating with their client regarding the Government's response.
6. This Stipulation is necessary in order to allow defense counsel and Government's counsel to negotiate particulars regarding the repayment of restitution.

CLARKHILL\L3753\448690\268984273.v2-10/24/22

7. For these reasons, the parties agree that the Response to the Motion for Installment Payment Order will be filed on November 28, 2022.

8. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.

9. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.

10. For all of the above-stated reasons, the ends of justice would be best served by the continuance of the Response to Motion for Installment Payment Order.

11. This is a Seventh Request for a continuance of the response to the Motion for Installment Payment Order.

12. The ends of justice are served by granting said continuances and outweigh the best interest of the public and since the failure to grant said continuances would be likely to result in a miscarriage of justice, as it would deny the parties herein sufficient time, and the opportunity, within which to effectively and thoroughly prepare and file responses, and replies, and taking into account the exercise of due diligence.

## **ORDER**

**IT IS FURTHER ORDERED** that the deadlines for filing of responsive pleading, is hereby due on or before November 28, 2022.

**IT IS FURTHER ORDERED** that the deadlines for filing a reply is hereby due on or before December 5, 2022.

**DATED** this 31st day of October 2022.

_____
**UNITED STATES DISTRICT COURT JUDGE**
**CASE NO.: 2:12-cr-00472-JAD-CWH**

CLARKHILL\L3753\448690\268984273.v2-10/24/22