JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709

SUMMER A. JOHNSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
summer.johnson@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>ANTHONY HOROVITZ,<br><br>            Defendant. | Case No.: 2:12-CR-00472-JAD-CWH<br><br>**ORDER ON STIPULATION FOR INSTALLMENT PAYMENT ORDER**<br><br>**ECF Nos. 48 and 63** |

This matter is before the Court for consideration of the Stipulation for Installment Payment Order executed between United States of America, by its attorney, JASON M. FRIERSON, United States Attorney for the District of Nevada, and Summer A. Johnson, Assistant United States Attorney, and Defendant Anthony Horovitz, by and through his counsel, Paola M. Armeni, Esq., and Gia N. Marina, Esq., of the law firm of Clark Hill, PLLC, for an order directing the Defendant to make installment payments to the United States pursuant to 28 U.S.C. § 3204.

Having considered the stipulation of the parties, and with good cause appearing therefor, the Court finds and orders as follows:

    1.    Judgment in the captioned matter was entered in favor of the United States and against Defendant Anthony Horovitz on October 21, 2013.  ECF No. 27.

7.

Restitution in the amount of $442,115.00 was ordered. *Id*. at 5. The Judgment further directed that the "Restitution Amount [is] payable at the rate of 10% of Defendant's Gross Income, Subject to Adjustment by the Court Based on Defendant's Ability to Pay." *Id*. Interest was not waived by this Court in its Judgment dated October 21, 2013. *See generally* ECF No. 27 at page 5.

2.  As of November 29, 2022, the Defendant has made $17,185.51 in payments to reduce his restitution debt, leaving an outstanding balance of $435,233.59, including all applicable interest.

3.  A Motion for Installment Payment Order was filed by the United States on July 7, 2022. (ECF No. 48). Since that time, the attorneys for the parties have engaged in limited informal discovery and have come to a resolution of the United States' Motion for Installment Payment Order.

4.  As a result, Defendant has agreed to, and must make payments directly to the Clerk of the Court in the amount of $615.00 per month.

5.  Said payment must begin on December 1, 2022 and thereafter continue on the 1st day of each month until the debt is paid in full or twenty years from the date of release from incarceration, whichever occurs first.

6.  The monthly payments are based on Defendant's present ability to pay and the amount is subject to change in the future should the Defendant's ability to pay change materially in the future. Consistent therewith, Defendant must provide the United States Attorney's Office with a Financial Disclosure Statement that summarizes and details: (1) Defendant's gross income, (2) Defendant's expenses, (3) Defendant's gross wages, (4) Defendant's disposable earnings after taxes and other deductions required by law, and (5) Defendant's personal and business assets and liabilities. Defendant must also provide the supporting documentation as requested in the Financial Disclosure Statement. The United States agrees to request the submission of the above described information no earlier than four years from the date of the entry of this Stipulation. The Financial Disclosure

Statement is necessary to verify that the Defendant is paying an appropriate amount toward the outstanding restitution balance.

7. Nothing in this agreement shall prevent the United States from requesting a modification of this Court's order should undisclosed assets be located.

8. In the event the Defendant fails to make the payments required under Paragraph 5, in full, for more than 90 days, the account will be in default. Upon default, the United States may declare this agreement null and void. All payments made by the Defendant prior to default will be applied toward the judgment balance. The United States will be entitled to recover the unpaid balance from the Defendant plus costs and interest from the time the payment becomes due and payable.

9. All checks or money orders must be made payable as follows:

Clerk of the Court, U.S. District Court

*and mailed to*:

Clerk of the Court, U.S. District Court
333 Las Vegas Boulevard South, Suite 1334
Las Vegas, NV 89101

and bearing Judgment Debtor's name and case number:

"Anthony Horovitz / 2:12-CR-00472-JAD-CWH"

**IT IS SO ORDERED.**

Dated: 11-30-22

_____
UNITED STATES DISTRICT JUDGE